# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146597

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC:  146597
COAL  298682
Wayne CC:  08-001760-FC

JERRELL KEMPLE MOORE,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 11, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



p0520

Clerk